**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  13-80495-CIV-ROSENBAUM/HUNT**

NORMA CORA, and
KEVIN CORA,

       Plaintiffs,

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

       Defendant.

_____/

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

This matter is before the Court on the Court's Order dated July 31, 2013 [D.E. 11].  In the Order, the Court granted Plaintiffs' Motion for Default Judgment.  In accordance with that ruling, it is hereby **ORDERED and ADJUDGED** that Final Judgment for Plaintiffs and against Defendant Commercial Recovery Systems, Inc., is entered as follows:

1.     $1,000.00 for statutory damages awarded to Plaintiff Norma Cora;

2.     $1,000.00 for statutory damages awarded to Plaintiff Kevin Cora;

3.     Costs and reasonable attorney's fees, to be determined by later order.

This Court shall retain jurisdiction over this case for the limited purpose of determining the costs and attorney's fees to be awarded.  Any pending motions in this case are **DENIED AS MOOT**.

The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 31st day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:

The Honorable Patrick M. Hunt
Counsel of Record